UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KERRI LAUGHLIN,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | No.   04-CV-233 DRH |
| ) | |
| **FORT DEARBORN LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant(s).** ) | |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   10th   day of   June  , 2005.

/s/     David RHerndon

**UNITED STATES DISTRICT JUDGE**